IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 JAN 29  P 4: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| LESIA REDMAN, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KFC, INC., and fictitious Defendants A ) | Civil Action No. |
| through F, being those persons or entities ) | |
| who may be legally responsible for the ) | 2:08 cv 65-WO |
| claims set forth herein and who may be ) | |
| added by amendment by Plaintiff when their ) | |
| identities are ascertained by further ) | |
| discovery and who are parties to the action ) | |
| described herein or are otherwise obligated ) | |
| to perform duties and obligations described ) | |
| herein., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S NOTICE OF REMOVAL

KFC U.S. Properties, Inc., individually and on behalf of improperly named defendant KFC, Inc., by its attorneys, hereby files its Notice of Removal. Defendant's Notice of Removal is as follows:

1.  This action was commenced by the filing of a Complaint on December 26, 2007 in the Circuit Court of Pike County, Alabama.

2.  By the Complaint, plaintiff alleges that she is a resident of Pike County, Alabama.

3.  The Complaint alleges that on August 9, 2006, plaintiff was injured at a KFC Restaurant in Montgomery, Alabama ("the KFC Restaurant") and seeks recovery from defendant on grounds of negligence. The Complaint names KFC, Inc. as the defendant.

189334.1

4. KFC, Inc. is not an existing legal entity capable of being sued. Rather, the proper defendant in this action is KFC U.S. Properties Inc., which at all times relevant hereto, has operated the KFC Restaurant and was responsible for the maintenance of the premises thereof.

5. KFC U.S. Properties, Inc. ("KFC") is a Delaware corporation, and it has its principal place of business in Louisville, Kentucky.

6. Since plaintiff is a citizen of Alabama and defendant is not a citizen of Alabama within the meaning of 28 U.S.C. § 1332, there is complete diversity between plaintiff and defendant.

7. Plaintiff alleges severe injuries that exceed Seventy-five Thousand Dollars ($75,000.00) in damages. Plaintiff's attorney has informed KFC that plaintiff's alleged medical specials in connection with the incident at issue in this action total $74,494.79. He has further informed KFC that the alleged incident necessitated fusion surgery on plaintiff's spine and that plaintiff is losing approximately $36,500 in income per year on an ongoing basis as a result of the alleged incident.

8. Pursuant to 28 U.S.C. §1441, defendant removes the within action to this Court in that it is a civil action between citizens of different states and the amount placed in controversy by plaintiff's Complaint exceeds the sum of $75,000.

9. Pursuant to 28 U.S.C. §1446(a), defendant is attaching copies of all process, pleadings and Orders in the state court action.

10. Concurrent with the filing of this Notice of Removal, defendant is giving written notice of this Notice of Removal to the Circuit Court of Pike County, Alabama.

11. KFC first received notice of this action on January 7, 2008 when plaintiff's attorney forwarded a copy of the Complaint to KFC's third party claims

administrator/investigator, Gallagher Bassett Services, Inc. This Notice is therefore being timely filed within thirty (30) days of the KFC's receipt of a copy of the initial pleading.

WHEREFORE, notice is given that this action is removed from the Circuit Court of Pike County, Alabama to the United States District Court for the Middle District of Alabama.

/s/ Allen Baker, Jr.
Bar Number: ASB-5990-E68S
Attorneys for Defendant, KFC, INC.
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5880
E-mail: abaker@balch.com

John G. Smith
Bar Number: ASB-8146-T68J
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
E-mail: jgsmith@balch.com

STATE OF ALABAMA  :
                 :  SS
COUNTY OF MONTGOMERY :

## AFFIDAVIT

John G. Smith, Esq., being duly sworn, hereby deposes and says that he is the attorney for defendants in the within action;

That he has authority to make this Affidavit on their behalf;

That he has read the foregoing Notice of Removal and knows the contents thereof; and,

That the same is true of his own knowledge, information and belief.

*/s/ John G. Smith*
John G. Smith, Esquire

Sworn to and subscribed before me
this 29th day of January, 2008.

_____
Notary Public - Brenda S. Leveille
Commission Expires: July 28, 2010

189334.1                        4

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 29th day of January, 2008:

    Clifton F. Hastings
    Cervera, Ralph & Reeves, LLC
    Post Office Box 325
    Troy, Alabama 36081

    Respectfully submitted,

    /s/ Allen Baker, Jr.
    Bar Number: ASB-5990-E68S
    Attorney for Defendant, KFC, INC.
    BALCH & BINGHAM LLP
    Post Office Box 306
    Birmingham, AL 35201-0306
    Telephone: (205) 251-8100
    Facsimile: (205) 488-5880
    E-mail: abaker@balch.com

    John G. Smith
    Bar Number: ASB-8146-T68J
    BALCH & BINGHAM LLP
    Post Office Box 78
    Montgomery, AL 36101-0078
    Telephone: (334) 834-6500
    Facsimile: (334) 269-3115
    jgsmith@balch.com

# ATTACHMENT

C:\Program Files\Microsoft Office\Templates\BB Templates\Blank.dot



**BRENDA MEADOWS PEACOCK**
CLERK, CIRCUIT COURT
PIKE CO COURTHOUSE
120 W. CHURCH STREET
TROY, AL 36081
(334) 566-5113

Re: CV 2007-900122  Lesia Redmon v Kentucky Fried Chicken

I, Brenda M. Peacock, Clerk/Register of the Pike County Circuit and District Court, do hereby certify that the documents annexed to this certificate are true and correct copies of the originals on file and of record of this office.

In witness whereof, I have hereunto set my hand and seal of said court this the 29th day of January, 2008.

_Brenda M. Peacock_
Brenda M. Peacock

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>**55-CV-200**<br>Date of Filing:<br>12/26/2007 | ELECTRONICALLY FILED<br>12/26/2007 10:38 AM<br>CV-2007-900122.00<br>CIRCUIT COURT OF<br>PIKE COUNTY, ALABAMA<br>BRENDA PEACOCK, CLERK |
|---|---|---|---|

## GENERAL INFORMATION

IN THE CIRCUIT OF PIKE COUNTY, ALABAMA
LESIA REDMAN v. KENTUCKY FRIED CHICKEN

**First Plaintiff:** ☐ Business  ☑ Individual    **First Defendant:** ☑ Business  ☐ Individual
            ☐ Government  ☐ Other                            ☐ Government  ☐ Other

**NATURE OF SUIT:**

**TORTS: PERSONAL INJURY**

- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonnes
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**

- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**

- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**

- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP-Contempt of Court
- ☐ CONT-Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND- Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD-Eviction Appeal/Unlawfyul Detainer
- ☐ FORJ-Foreign Judgment
- ☐ FORF-Fruits of Crime Forfeiture
- ☐ MSHC-Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB-Protection From Abuse
- ☐ FELA-Railroad/Seaman (FELA)
- ☐ RPRO-Real Property
- ☐ WTEG-Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP-Workers' Compensation
- ☐ CVXX-Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING           A ☐ APPEAL FROM DISTRICT COURT           O ☐ OTHER
           R ☐ REMANDED                T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT   _____

**HAS JURY TRIAL BEEN DEMANDED?**   ☐ Yes   ☑ No

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**   HAS014         12/26/2007 10:37:00 AM         /s CLIFTON HASTINGS

**MEDIATION REQUESTED:**   ☑ Yes   ☐ No   ☐ Undecided

ELECTRONICALLY FILED
12/26/2007 10:38 AM
CV-2007-900122.00
CIRCUIT COURT OF
PIKE COUNTY, ALABAMA
BRENDA PEACOCK, CLERK

### IN THE CIRCUIT COURT OF PIKE COUNTY, ALABAMA

| | |
|---|---|
| LESIA REDMAN,                              ) | |
|     Plaintiff,          ) | |
| v.                                         ) | |
| KFC, INC.,                                 ) | |
| and fictitious Defendants A                ) | |
| through F, being those persons or          ) | |
| entities who may be legally responsible    ) | Case No. CV-2007-_____ |
| for the claims set forth herein and who    ) | |
| may be added by amendment by               ) | |
| Plaintiff when their identities are        ) | |
| ascertained by further discovery and       ) | |
| who are parties to the action described    ) | |
| herein or are otherwise obligated to       ) | |
| perform duties and obligations             ) | |
| described herein,                          ) | |
|     Defendants.         ) | |

## COMPLAINT

## STATEMENT OF THE PARTIES

1. Plaintiff Lesia Redman is over the age of nineteen (19) years and resides in Pike County, Alabama.

2. Defendant KFC, Inc. ("KFC") is, and all times herein mentioned was, a corporation organized doing business in the State of Alabama.

3. Fictitious Defendants A through F, being those persons or entities who may be legally responsible for the claims set forth herein and who may be added by amendment by Plaintiffs when their identities are ascertained by further discovery and who are parties described herein or are otherwise obligated to perform the duties and obligations described herein.

1

4. This action is based upon negligent conduct of KFC, Inc., in Montgomery, Montgomery County, Alabama on or about the 9th day of August, 2006.

### COUNT I- NEGLIGENCE

5. Plaintiff adopts and re-alleges paragraphs 1 through 4 above as if fully set forth herein.

6. On or about the 9th day of August, 2006, Plaintiff was injured at KFC in Montgomery, Alabama, Plaintiff Lesia Redman attempted to utilize the bathroom facilities at KFC and immediately upon contact with the commode Plaintiff Redman fell to the floor suffering injury. After the injury, witnesses observed the commode to be unattached. The manager was summoned to the restroom and also witnessed the unattached commode.

7. As a proximate cause of the Defendant's said negligence, the Plaintiff was caused to suffer bodily injury which caused the Plaintiff to undergo medical treatment. The Plaintiff has incurred expenses for medical attention that she received. The Plaintiff continues to suffer bodily injuries and medical expenses for her injuries and will be caused to suffer bodily injury and medical expenses in the future as the result of the Defendant's negligence.

8. The Plaintiff was caused to suffer emotional distress and mental anguish as the result of the Defendant's negligence.

**WHEREFORE,** the Plaintiff demands judgment against the Defendant, in an amount to be determined by this Honorable Court, to compensate the Plaintiff for her personal injuries and costs.

### COUNT II- GROSS NEGLIGENCE/ WANTONESS

9. Plaintiff adopts and re-alleges paragraphs 1 through 8 above as if fully set forth herein.

10. On or about the 9th day of August, 2006, Plaintiff was injured at KFC in Montgomery, Alabama, Plaintiff Lesia Redman attempted to utilize the bathroom facilities at KFC and immediately upon contact with the commode Plaintiff Redman fell to the floor suffering injury. After the injury, witnesses observed the commode to be unattached. The manager was summoned to

the restroom and also witnessed the unattached commode.

11. As a proximate cause of the Defendant's said gross negligence, the Plaintiff was caused to suffer bodily injury which caused the Plaintiff to undergo medical treatment. The Plaintiff has incurred expenses for medical attention that she received. The Plaintiff continues to suffer bodily injuries and medical expenses for her injuries and will be caused to suffer bodily injury and medical expenses in the future as the result of the Defendant's gross negligence.

12. The Plaintiff was caused to suffer emotional distress and mental anguish as the result of the Defendant's gross negligence.

**WHEREFORE,** the Plaintiff demands judgment against the Defendant, in an amount to be determined by this Honorable Court, to compensate the Plaintiff for her personal injuries and costs.

Respectfully submitted this the 26th day of December, 2007.

s/ Clifton F. Hastings
CLIFTON F. HASTINGS (HAS014)
CERVERA, RALPH & REEVES, LLC
Post Office Box 325
Troy, Alabama 36081
(334) 566-0116

| State of Alabama<br>Unified Judicial System<br><br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>55-CV-2007-900122.00 |
|---|---|---|

IN THE CIVIL COURT OF PIKE, ALABAMA
LESIA REDMAN v. KENTUCKY FRIED CHICKEN

**NOTICE TO** KENTUCKY FRIED CHICKEN, 2000 INTERSTATE PARK DR. SUITE 204, MONTGOMERY AL, 36109

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY CLIFTON HASTINGS

WHOSE ADDRESS IS POST OFFICE BOX 325, TROY AL, 36081

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   LESIA REDMAN
    pursuant to the Alabama Rules of the Civil Procedure

12/26/2007 10:38:57 AM          /s BRENDA PEACOCK
Date                             Clerk/Register                               By

☑ Certified mail is hereby requested          /s CLIFTON HASTINGS
                                               Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
  _____ in _____ County, Alabama on _____

Date                             Server's Signature

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>55-CV-2007-900122.00 |
|---|---|---|

IN THE CIVIL COURT OF PIKE, ALABAMA

LESIA REDMAN v. KENTUCKY FRIED CHICKEN

**NOTICE TO** KENTUCKY FRIED CHICKEN, 2000 INTERSTATE PARK DR. SUITE 204, MONTGOMERY AL, 36109

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY CLIFTON HASTINGS

WHOSE ADDRESS IS POST OFFICE BOX 325, TROY AL, 36081

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   LESIA REDMAN
pursuant to the Alabama Rules of the Civil Procedure

12/26/2007 10:38:57 AM          /s BRENDA PEACOCK
Date                             Clerk/Register

☑ Certified mail is hereby requested    /s CLIFTON HASTINGS
                                        Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____

Date _____

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT** (Domestic Mail Only; No Insurance Coverage)

7007 0710 0000 4825 7208

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Sent To: KFC, Inc.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Kentucky Fried Chicken
2000 Interstate Park Dr.
Ste. 204
Montgomery AL 36109
CV07-900122

2. Article Number (Transfer from service label)  7007 0710 0000 4825 7208

PS Form 3811, February 2004    Domestic Return Receipt    102595-02

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: The Corporation Company  ☐ Agent / ☐ Addressee
B. Received by (Printed Name): The Corporation Company    C. Date of Delivery: 1/3/08
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type:
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes



# AlaFile E-Notice

55-CV-2007-900122.00
Judge: ROBERT W BARR

To: HASTINGS CLIFTON FLOYD
chastings@troycable.net

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF PIKE COUNTY, ALABAMA

LESIA REDMAN V. KENTUCKY FRIED CHICKEN
55-CV-2007-900122.00

The following matter was served on 1/3/2008

**D001 KENTUCKY FRIED CHICKEN**
**CERTIFIED MAIL**

BRENDA PEACOCK
CIRCUIT COURT CLERK
PIKE COUNTY, ALABAMA
120 WEST CHURCH STREET
TROY, AL 36340

334-566-4622
brenda.peacock@alacourt.gov




CT
a Wolters Kluwer business

CT
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

334 387 7680 tel
334 387 7682 fax
www.ctlegalsolutions.com

**COPY**

January 04, 2007

Clifton F. Hastings
Cervera, Ralph & Reeves, LLC
Post Office Box 325,
Troy, AL 36081

Re: Lesia Redman, Pltf. vs. KFC, Inc., et al., Dfts. // To: Kentucky Fried Chicken

Case No. CV 2007 900122

Dear Sir/Madam:

We are herewith returning the Summons, Cover Sheet, Complaint which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: Kentucky Fried Chicken. In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

Very truly yours,

Laura Payne

Log# 512942192

Certified Mail #7007 0710 0005 4781 4179

cc: Pike County Circuit Court
Church Street,
Troy, AL 36081

| State of Alabama<br>Unified Judicial System<br><br>Form C-34 Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | Case Number:<br>55-CV-2007-900122.00 |
|---|---|---|

### IN THE CIVIL COURT OF PIKE, ALABAMA
### LESIA REDMAN v. KENTUCKY FRIED CHICKEN

**NOTICE TO** ... FRIED CHICKEN, 2000 INTERSTATE PARK DR. SUITE 204, MONTGOMERY AL, 36109

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION ... YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER ... ITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS ... YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE ATTORNEY CLIFTON HASTINGS

... POST OFFICE BOX 325, TROY AL, 36081

... MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO ... BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS ... COMPLAINT

... PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

... are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

[✓] Service by certified mail of this summons is initiated upon the written request of   LESIA REDMAN
pursuant to the Alabama Rules of the Civil Procedure

| 12/26/2007 10:38:57 AM | /s BRENDA PEACOCK | |
|---|---|---|
| Date | Clerk/Register | |

| [✓] Certified mail is hereby requested | /s CLIFTON HASTINGS |
|---|---|
| | Plaintiff's/Attorney's Signature |

**RETURN ON SERVICE:**

[ ] Return receipt of certified mail received in this office on _____

[ ] I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

Date                         Server's Signature



BRENDA MEADOWS PEACOCK
CLERK CIRCUIT/DISTRICT COURT
120 WEST CHURCH ST.
TROY, ALABAMA 36081



7007 0710 0000 4825 7208



Kentucky Fried Chicken
2000 Interstate Park Dr.
Ste. 204
Montgomery, AL 36109

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003609
Cashier ID: khaynes
Transaction Date: 01/29/2008
Payer Name: BALCH AND BINGHAM LLP
------------------------------------
CIVIL FILING FEE
 For: BALCH AND BINGHAM LLP
 Case/Party: D-ALM-2-08-CV-000065-001
 Amount:         $350.00
------------------------------------
CHECK
 Check/Money Order Num: 23476
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00
```

LESIA REDMAN V. KFC, INC.