IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 JAN 29 P 4: 22
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| LESIA REDMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KFC, INC., and fictitious Defendants A ) through F, being those persons or entities ) who may be legally responsible for the ) claims set forth herein and who may be ) added by amendment by Plaintiff when their ) identities are ascertained by further ) discovery and who are parties to the action ) described herein or are otherwise obligated ) to perform duties and obligations described ) herein., ) ) | Civil Action No. 2:08CV65-WC |
| Defendants. ) | |

## FEDERAL RULE CIVIL PROCEDURE 7.1
## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, KFC U.S. Properties, Inc., individually and on behalf of improperly named defendant KFC Inc. hereby submits its Disclosure Statement. Defendant's Disclosure Statement is as follows:

KFC U.S. Properties certifies that it is a non-governmental corporation organized under the law of the state of Delaware, and that its principal place of business is in Louisville, Kentucky. KFC U.S. Properties further certifies that KFC, Inc. is not an existing legal entity capable of being sued.

KFC U.S. Properties, Inc. submits the following statement of its corporate interests and affiliations:

189335.1

1. KFC U.S. Properties, Inc. is not a publicly held corporation or other publicly held entity.

2. KFC U.S. Properties, Inc. has a parent corporation:

   a. The identity of the parent corporation is Yum! Brands, Inc.;

   b. Yum! Brands, Inc. is a North Carolina corporation with its principal place of business at 1441 Gardiner Lane, Louisville, Kentucky, 40213; and

   c. Yum! Brands, Inc. is a publicly held corporation. No publicly held entity owns 10 percent or more of the stock of Yum! Brands, Inc.

3. No other publicly held entity owns 10 percent or more of KFC U.S. Properties, Inc.

/s/ S. Allen Baker, Jr.
S. Allen Baker, Jr.
Bar Number: ASB-5990-E68S
Attorneys for Defendant, KFC, INC.
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5880
E-mail: abaker@balch.com

John G. Smith
Bar Number: ASB-8146-T68J
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
E-mail: jgsmith@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 29th day of January, 2008:

Clifton F. Hastings
Cervera, Ralph & Reeves, LLC
Post Office Box 325
Troy, Alabama 36081

Respectfully submitted,

S. Allen Baker, Jr.
Bar Number: ASB-5990-E68S
Attorney for Defendant, KFC, INC.
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5880
E-mail: abaker@balch.com

John G. Smith
Bar Number: ASB-8146-T68J
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
Email: jgsmith@balch.com

189335.1                                3