**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **LESIA REDMAN,** ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action No. 2:08cv0065-WC** |
| vs. ) | |
| **KFC, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047.

1. The Plaintiff is an individual.

Respectfully submitted this 7th day of February, 2008.

                                          s/ Clifton F. Hastings
                                          Clifton F. Hastings (HAS014)
                                          F.P. Ralph (RAL002)
                                          Attorneys for the Plaintiff
                                          **CERVERA, RALPH & REEVES, LLC**
                                          914 South Brundidge Street
                                          P. O. Box 325
                                          Troy, Alabama 36081
                                          (334) 566-0116
                                          chastings@troycable.net

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing documents to any non-CM/ECF participants this 7th day of February, 2008.

S. Allen Baker, Jr.
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
abaker@balch.com

John G. Smith
BALCH & BINGHAM, LLP
Post Office Box 78
Montgomery, Alabama 36101-0078
jgsmith@balch.com

                                              s/ Clifton F. Hastings
                                              Clifton F. Hastings