**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 8, 2008

NOTICE OF REASSIGNMENT

To:  All Counsel of Record

Re:  Redman v. KFC, Inc.
     Civil Action No. 2:08-cv-00065-WC

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now  *2:08-cv-00065*-**MEF**.

This new case number should be used on all future correspondence and pleadings in this action.