IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **LESIA REDMAN,** | ) | |
|     **Plaintiff,** | ) | Civil Action No. 2:08cv0065-MEF |
| vs. | ) | |
| **KFC, INC., et al,** | ) | |
|     **Defendants.** | ) | |

### AMENDMENT TO COMPLAINT

The Plaintiff has determined the following parties need be added as party defendants:

1. JRN, Inc., a Tennessee corporation, the operating company of KFC store #0508 located on Coliseum Boulevard in Montgomery, Alabama; and

2. KFC U.S. Properties, Inc., a Delaware corporation, d/b/a KFC store #0508 located on Coliseum Boulevard in Montgomery, Alabama.

The Plaintiff adopts and re-alleges all other paragraphs included in the original Complaint.

Respectfully submitted this 7th day of February, 2008.

        s/ Clifton F. Hastings
        Clifton F. Hastings (HAS014)
        F.P. Ralph (RAL002)
        Attorneys for the Plaintiff
        **CERVERA, RALPH & REEVES, LLC**
        914 South Brundidge Street
        P. O. Box 325
        Troy, Alabama 36081
        (334) 566-0116
        chastings@troycable.net

CERTIFICATE OF SERVICE

      This *Amendment to Complaint* has been forward to the United States District Court for the Middle District of Alabama for service upon the following parties:

KFC, Inc.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

JRN, Inc.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

KFC U.S. Properties, Inc.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

                                                          s/ Clifton F. Hastings
                                                          Clifton F. Hastings