**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   KFC U.S. Properties, Inc.
   c/o The Corporation Company
   2000 Interstate Park Drive, Suite 204
   Montgomery, Alabama 36109

   08cv165 S+C+AC

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X The Corporation Company
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): The Corporation Company
C. Date of Delivery: 2/13/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 7820 3135

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540