| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X The Corporation Company ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) The Corporation Company  C. Date of Delivery 2/13/08 |
| 1. Article Addressed to:<br><br>JRN, Inc.<br>c/o The Corporation Company<br>2000 Interstate Park Dr., Suite 204<br>Montgomery, Alabama 36109<br><br>08cv65 SNC+AC | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 1160 0004 7820 3111 |

Domestic Return Receipt    102595-02-M-1540