| COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  ☐ Agent  ☐ Addressee<br>The Corporation Company<br>B. Received by (Printed Name)  C. Date of Delivery<br>The Corporation Company  2/13/08<br>D. Is delivery address different from item 1? ☑ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>KFC, Inc.<br>c/o The Corporation Company<br>2000 Interstate Park Dr., Suite 204<br>Montgomery, Alabama 36109<br><br>02w65 StGtAC | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)    7004 1160 0004 7820 3142 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540