IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LESIA REDMAN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KFC, INC., and fictitious Defendants A | ) | |
| through F, being those persons or entities | ) | |
| who may be legally responsible for the | ) | **Civil Action No.** |
| claims set forth herein and who may be | ) | **2:08-cv-00065-MEF** |
| added by amendment by Plaintiff when their | ) | |
| identities are ascertained by further | ) | |
| discovery and who are parties to the action | ) | |
| described herein or are otherwise obligated | ) | |
| to perform duties and obligations described | ) | |
| herein., | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT KFC U.S. PROPERTIES, INC.'s**
**ANSWER TO AMENDMENT TO COMPLAINT**

Defendant KFC U.S. Properties, Inc. ("KFC"), individually and on behalf of improperly named defendant KFC, Inc., hereby answers Plaintiff's Amendment to Complaint as follows:

1.    KFC admits only that JRN, Inc. is the current franchisee of the KFC Restaurant located at 1965 Coliseum Blvd., Montgomery, Alabama. Further answering, defendant states that JRN, Inc. did not become the franchisee of the KFC Restaurant until December 3, 2007, which was after the occurrence of the incident alleged by plaintiff in the Complaint in this action. Accordingly, JRN, Inc. had no interest in the KFC Restaurant at the time of the alleged incident and is not a proper defendant in this action.

2.    KFC admits that at the time of the incident alleged by plaintiff in the Complaint in this action it operated the KFC Restaurant located at 1965 Coliseum Blvd., Montgomery, Alabama.

KFC adopts and re-asserts all defenses set forth in its Answer to Plaintiff's Complaint.

Respectfully submitted this 19th day of February, 2008.

/s/ John G. Smith
S. Allen Baker, Jr.
Bar Number:  ASB-5990-E68S
Attorneys for Defendant, KFC, INC.
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5880
E-mail: abaker@balch.com

John G. Smith
Bar Number:  ASB-8146-T68J
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
E-mail: jgsmith@balch.com

189889.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 19th day of February, 2008:

Clifton F. Hastings
Cervera, Ralph & Reeves, LLC
Post Office Box 325
Troy, Alabama 36081

Respectfully submitted,

/s/ John G. Smith
S. Allen Baker, Jr.
Bar Number: ASB-5990-E68S
Attorney for Defendant, KFC, INC.
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5880
E-mail: abaker@balch.com

John G. Smith
Bar Number: ASB-8146-T68J
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
E-mail: jgsmith@balch.com