**CT**
a Wolters Kluwer business

2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

334 387 7682 fax
www.ctlegalsolutions.com

RECEIVED

2008 FEB 20 P 2: 52

February 13, 2008

Clifton F. Hastings
Cervera, Ralph & Reeves, LLC
Post Office Box 325,
Troy, AL 36081

Re: Lesia Redman, Pltf. vs. KFC, Inc., et al., Dfts.

Case No. 2:08 CV 0065

Dear Sir/Madam:

We are herewith returning the Summons, Return Form, Amended Complaint, Complaint which we received regarding the above captioned matter.

KFC, Inc. is not listed on our records or on the records of the State of AL.

Very truly yours,

Laura Payne

Log# 513084981

Certified Mail # 7007 0710 0005 4781 4377

cc: US District Court Middle District Northern Division
    US Courthouse Complex,
    One Church Street,
    Montgomery, AL 36104

SCANNED

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Lesia Redman

V.

KFC, Inc., et al

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:08cv0065- *MEF*

TO: (Name and address of Defendant)

KFC, Inc.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Cilfton F. Hastings
F.P. Ralph
CERVERA, RALPH & REEVES, LLC
Post Office Box 325
914 South Brundidge Street
Troy, Alabama 36081

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  2-11-08

United States District Court
Middle District of Alabama
PO Box 711
Montgomery, Alabama 36101



CERTIFIED MAIL™

7004 1160 0004 7825 31-3

KFC, Inc.
c/o The Corporation Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109



**CT**
a Wolters Kluwer business

2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109



$00.410
02-13-2008
Mailed From 36109
US POSTAGE

US District Court Middle District
Northern Division
One Church St.
Montgomery, AL 36104

36104+4018-01 C006