## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   KFC, Inc.
   c/o The Corporation Company
   2000 Interstate Park Dr., Suite 204
   Montgomery, Alabama 36109

   08cv65 and cmp

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: The Corporation Company — ☐ Agent ☐ Addressee

B. Received by (Printed Name): The Corporation Company

C. Date of Delivery: 2/22/08

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 7820 9366

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JRN, Inc.
   c/o The Corporation Company
   2000 Interstate Park Dr., Suite 204
   Montgomery, Alabama 36109

   08cv65 and cmp

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: The Corporation Company — ☐ Agent ☐ Addressee

B. Received by (Printed Name): The Corporation Company

C. Date of Delivery: 2/22/08

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 7820 9359

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   KFC, U.S. Properties, Inc.
   c/o The Corporation Company
   2000 Interstate Park Dr., Suite 204
   Montgomery, Alabama 36109

   08cv65 and cmp

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: The Corporation Company — ☐ Agent ☐ Addressee

B. Received by (Printed Name): The Corporation Company

C. Date of Delivery: 2/22/08

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 7820 9373

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540