IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESIA REDMAN,           )<br>                         )<br>    Plaintiff,         )<br>                         )<br>v.                       )<br>                         )<br>KFC, INC., et al.,       )<br>                         )<br>    Defendants.        )<br>                         ) | Civil Action No.<br>2:08-cv-00065-MEF |

### DEFENDANTS' MOTION TO STRIKE
### FICTITIOUS PARTY DEFENDANTS

KFC U.S. Properties, Inc. and JRN, Inc., individually and on behalf of the improperly named defendant KFC, Inc. ("Defendants"), move the Court to strike from the pleadings the Plaintiff's assertion of claims against fictitious party defendants.

1. This action was initially filed in the Circuit Court of Pike County, Alabama. Named as Defendants were "KFC, Inc." and "fictitious defendants A through F." The *Alabama Rules of Civil Procedure* recognize the use of fictitious party defendants. *See* Rule 9(h), *Alabama Rules of Civil Procedure*.

2. On January 29, 2008, this matter was removed to this Court (Doc. 1). Thereafter, the Plaintiff amended her complaint and again asserted claims against fictitious parties (Doc. 7, ¶ 3).

3. Upon removal to this Court, the *Federal Rules of Civil Procedure*, and not the *Alabama Rules of Civil* Procedures, apply. The *Federal Rules of Civil Procedure* do not recognize fictitious party practice. *See CSX Transp., Inc. v. United Transp. Union, et al.*, 236 Fed. Appx. 562, 563 n.1 (11th Cir. June 7, 2007); *New v. Sports and Recreation,*

190922.3

1

*Inc.*, 114 F.3d, 1092, 1094 n.1 (11th Cir. 1997); *Bosarge v. T Mobile USA, Inc.*, No. 07-0012, 2008 U.S. Dist. LEXIS 20952, at *6-7 n.2 (S.D. Ala. March 17, 2008); *Murphy v. Southern Energy Homes, Inc.*, No. 06-618, 2008 U.S. Dist. LEXIS 19839, at *1 n.1 (M.D. Ala. March 6, 2008); *Portis v. Wal-Mart Stores, Inc.*, No. 07-0557, 2007 U.S. Dist. LEXIS 77939, at *3-4 n.1 (S.D. Ala. Oct. 19, 2007).

4. Accordingly, any fictitious party defendants are not properly named in this matter and should be struck from the pleadings.

WHEREFORE, the premises considered, KFC U.S. Properties, Inc. and JRN, Inc., individually and on behalf of the improperly named defendant KFC, Inc. move the Court to strike from the pleadings any fictitious party defendants and any claims against fictitious party defendants.

This the 3rd day of April, 2008

/s/ John G. Smith
S. Allen Baker, Jr.
Bar Number: ASB-5990-E68S
Attorneys for Defendants
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5880
E-mail: abaker@balch.com

John G. Smith
Bar Number: ASB-8146-T68J
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
E-mail: jgsmith@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 3rd day of April, 2008:

Clifton F. Hastings
Cervera, Ralph & Reeves, LLC
Post Office Box 325
Troy, Alabama 36081

                        Respectfully submitted,

                        /s/ John G. Smith
                        S. Allen Baker, Jr.
                        Bar Number: ASB-5990-E68S
                        Attorneys for Defendants
                        BALCH & BINGHAM LLP
                        Post Office Box 306
                        Birmingham, AL 35201-0306
                        Telephone: (205) 251-8100
                        Facsimile: (205) 488-5880
                        E-mail: abaker@balch.com

                        John G. Smith
                        Bar Number: ASB-8146-T68J
                        BALCH & BINGHAM LLP
                        Post Office Box 78
                        Montgomery, AL 36101-0078
                        Telephone: (334) 834-6500
                        Facsimile: (334) 269-3115
                        E-mail: jgsmith@balch.com