IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LESIA REDMAN,** ) | |
|     **Plaintiff,** ) | |
| **v.** ) | **Civil Action No. 2:08-cv-00065-MEF** |
| **KFC, INC., et al.,** ) | |
|     **Defendants.** ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

COMES NOW, the Plaintiff, by and through the undersigned counsel, and file this Notice of Discovery for the following documents:

1. Answers of Plaintiff to Defendant's First Set of Interrogatories and First Set of Request for Production of Documents.

Respectfully submitted this 23rd day of May, 2008.

                                                 s/ Clifton F. Hastings

                                               Clifton F. Hastings (HAS014)
                                               F.P. Ralph (RAL002)
                                               Attorneys for the Plaintiff
                                               **CERVERA, RALPH & REEVES, LLC**
                                               914 South Brundidge Street
                                               P. O. Box 325
                                               Troy, Alabama 36081
                                               (334) 566-0116
                                               chastings@troycable.net

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically this 23rd day of May, 2008.

S. Allen Baker, Jr.
John G. Smith

                                                    s/ Clifton F. Hastings
                                                    Clifton F. Hastings