IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LESIA REDMAN**, ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | Civil Action No. |
| ) | 2:08-cv-00065-MEF |
| **KFC, INC., et al.,** ) | |
| ) | |
|     **Defendants.** ) | |
| ) | |

**NOTICE OF APPEARANCE**

Comes now the undersigned and gives notice of her appearance as additional counsel for KFC U.S. Properties, Inc. and JRN, Inc., individually and on behalf of the imporperly named defendant KFC, Inc. ("Defendants") in the above-entitled action:

    Kelly F. Pate (FIT014)
    Balch & Bingham LLP
    Post Office Box 78
    Montgomery, AL  36101-0078
    334-269-3138
    866-736-3854 (fax)
    kpate@balch.com

The undersigned requests that all pleadings, motions, and other papers filed with the Court, and all notices from the Court or the Clerk, be served on her at the address shown.

Respectfully submitted this the 26th day of August, 2008.

                                                */s/Kelly F. Pate*
                                                One of the Attorneys for Defendant

S. Allen Baker, Jr.
abaker@balch.com
Bar Number:  ASB-5990-E68S
Attorneys for Defendants
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100

194854                                                 1

Facsimile: (205) 488-5880
John G. Smith
Bar Number: ASB-8146-T68J
jgsmith@balch.com
Kelly F. Pate
kpate@balch.com
Bar Number: ASB-5289-L63F
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 26th day of August, 2008:

Clifton F. Hastings
Cervera, Ralph & Reeves, LLC
Post Office Box 325
Troy, Alabama 36081

Respectfully submitted,

*/s/Kelly F. Pate*
OF COUNSEL

194854                                               2